# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**DEBORAH CROWE,**

Plaintiff,

CASE NUMBER: 1:12-cv-1100-JDB-egb

v.

**THE KROGER COMPANY,**

Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 6/18/2012, this case is hereby voluntarily dismissed without prejudice.

**APPROVED:**

s/J. Daniel Breen
**United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**